CENTER FOR DISABILITY ACCESS
RAYMOND G. BALLISTER, JR., ESQ., SBN 111282
RayBallister@cda4access.com
MARK D. POTTER, ESQ., SBN 166317
Mark@potterhandy.com
RUSSELL C. HANDY, ESQ., SBN 195058
russ@potterhandy.com
9845 Erma Road, Suite 300
San Diego, CA 92131-1084
(858) 375-7385; Fax (888) 422-5191
Attorney for Plaintiff ROBIN FORTYUNE

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN K. FORTYUNE,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL STORES, INC., A Delaware Corporation; S.M. PARTNERS LTD., A California Limited Partnership AND JACK JAKOSKY, and DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: 2:11-CV-06120-RGK-RZ<br><br>**ORDER DISMISSING CASE** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 05.11.2012

R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE